IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY McLEAN, Individually and on Behalf of
All Others Similarly Situated                                                    PLAINTIFFS

V.                           CASE NO. 5:24-CV-5189

WALMART, INC.                                                                    DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 14th day of May, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE